IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Onofrio Positano,<br>    Plaintiff<br><br>v.<br><br>John Wetzel, et al.,<br>    Defendants | 12 cv 1234<br><br>NOTICE OF APPEAL |

Notice is hereby given that Onofrio Positano, Plaintiff in the above named case, hereby appeals to the United States Court of Appeals for the 3rd Circuit from an order granting Defendants Motion to Dismiss entered in this action on the 14th day of March, 2013.

Dated: March 18, 2013

(signature)

Onofrio Positano, Plaintiff
Inmate # HK-6578
SCI Mahanoy
301 Morea Road
Frackville, PA 17932

FILED
SCRANTON
MAR 21 2013
PER _____ DEPUTY CLERK

TO: Clerk of Courts

Please find enclosed 2 copies of Notice of Appeal dated March 18, 2013.

Please file stamp and return 1 copy in enclosed envelope.

Thank You

Onofrio Positano, Plaintiff
Inmate # HK-6579
SCI Mahanoy
301 Morea Rd.
Frackville, PA 17932

OK DONE

NO POSTAGE
USED MY
OWN
—EP

NAME Onofrio Positano
NUMBER HK-6579

301 MOREA ROAD
FRACKVILLE, PA 17932

INMATE MAIL
PA DEPT OF
CORRECTIONS

Hasler
03/19/2013
US POSTAGE $00.46
ZIP 17932

Office of Clerk
United States District Court
Middle District of Pennsylvania
235 North Washington Ave.
P.O. Box 1148
Scranton, PA 18501-1148